## WINTER *v.* STATE

No. 42740          November 4, 1963          157 So. 2d 128

LEE, P. J.

This case was tried on the heels of Edwin Winter v. State of Mississippi, No. 42,739, this day decided by this Court.

Both the facts and the applicable legal principles in that case are substantially the same as in this case. For the reasons there given, this cause is likewise reversed and remanded for a new trial.

Reversed and remanded.

*Kyle, Ethridge, Rodgers and Jones, JJ.,* concur.